# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) ) ) **ORDER** |
| 2045 N Broadway Suite 102-103, Minot, ND | ) ) ) Case No. 1:16-mj-130 |

Before the court is "Motion to Continue to Seal Search Warrant, Search Warrant Return, and Affidavit" filed by the Government on August 29, 2016. The Government avers that public disclosure of this search may compromise an ongoing criminal investigation.

For good cause shown, the court **GRANTS** the Government's motion (Docket No. 6). All materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and the Government's motion shall remain under seal until October 31, 2016, at which time this matter shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court